ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMY ELIZABETH DAHL,<br><br>           Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>           Defendants. | CASE NO. 2:21-cv-00921-APG-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Amy Elizabeth Dahl ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively, "Bard") (Plaintiff and Bard are collectively referred to herein as the "Parties"), notify the Court that they have reached an agreement resolving Plaintiff's claims in this lawsuit. IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with

///
///
///
///
///
///
///

1

prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

**IT IS SO STIPULATED.**

DATED this 28th day of May 2021.

**BARON & BUDD, P.C.**

By: /s/ Russell W. Budd
RUSSELL W. BUDD, ESQ.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

*Counsel for Plaintiff*

**GREENBERG TRAURIG, LLP**

By: /s/ Eric W. Swanis
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135

CHRISTOPHER NEUMANN, ESQ.
*Admitted Pro Hac Vice*
1144 15th Street, Suite 3300
Denver, Colorado 80202
Email: neumannc@gtlaw.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated this 1st of June, 2021.